Kansas denied. *Charles H. Cochran, pro se.*

No. 854. CANTY *v.* ALABAMA. May 3, 1943. Petition for writ of certiorari to the Supreme Court of Alabama denied. *Mr. Alex C. Birch* for petitioner. *Mr. William N. McQueen,* Attorney General of Alabama, for respondent.

No. 872. FLEEMAN *v.* KANSAS ET AL. May 3, 1943. Petition for writ of certiorari to the Supreme Court of Kansas denied. *Ralph W. Fleeman, pro se.*

No. 875. POSEY *v.* DOWD, WARDEN. May 3, 1943. Petition for writ of certiorari to the Circuit Court of Appeals for the Seventh Circuit denied. *Winston Posey, pro se.*

No. 780. CLEM *v.* MARYLAND. May 3, 1943. Petition for writ of certiorari to the Court of Appeals of Maryland denied. *James R. Clem, pro se.*

No. 847. UNITED STATES EX REL. JACKSON ET AL. *v.* BRADY, WARDEN. May 3, 1943. Petition for writ of certiorari to the Circuit Court of Appeals for the Fourth Circuit denied. *Mr. C. Arthur Eby* for petitioners. *Mr. William C. Walsh,* Attorney General of Maryland, for respondent.

No. 855. FRANKEL *v.* BETHLEHEM-FAIRFIELD SHIPYARD, INC. May 3, 1943. Petition for writ of certiorari to the Circuit Court of Appeals for the Fourth Circuit denied. *Mr. Wm. Taft Feldman* for petitioner. *Mr. Ed-*

*win A. Swingle* for respondent.

No. 868.   BRADY ET AL. *v.* BEAMS ET AL.   May 3, 1943. Petition for writ of certiorari to the Circuit Court of Appeals for the Tenth Circuit denied.   *Mr. Chas. E. McPherren* for petitioners.   *Messrs. Joseph C. Stone, W. T. Anglin, Charles A. Moon, Francis Stewart, Leon C. Phillips, D. A. Richardson, L. O. Lytle, George Jennings, Harry B. Parris,* and *Wilbur J. Holleman* for respondents.

No. 950.   REYNOLDS ET AL. *v.* MAYO, STATE PRISON CUSTODIAN.   May 3, 1943.   Petition for writ of certiorari to the Supreme Court of Florida denied.   *Mark Reynolds* and *Frank Reynolds, pro se.*

No. 942.   DEERING *v.* NATIONAL MORTGAGE CORP. ET AL. May 3, 1943.   Petition for writ of certiorari to the Supreme Court of New York denied.   *James R. Deering, pro se.*

No. 786.   PITT RIVER POWER CO. *v.* UNITED STATES. May 10, 1943.   Petition for writ of certiorari to the Court of Claims denied.   *Messrs. Sanford H. E. Freund* and *Carl A. Mead* for petitioner.   *Solicitor General Fahy, Assistant Attorney General Shea,* and *Messrs. Paul A. Sweeney* and *Valentine Brookes* for the United States.

No. 862.   HINZE ET AL. *v.* DUEL, COMMISSIONER OF INSURANCE.   May 10, 1943.   Petition for writ of certiorari to the Supreme Court of Wisconsin denied.   *Messrs.*